# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CR NO. 08-30016-(03)-GPM-PMF |
| HUGHES ENERGY, INC. | ) ) ) |
| Defendant. | ) |

## ORDER

**FRAZIER, Magistrate Judge:**

This matter is before the Court on the government's motion to compel defendant Hughes Energy, Inc. to hire a lawyer (Doc. No. 16). That corporate defendant is, obviously, currently unrepresented.

The government has cited Rule 43(b)(1) of the Federal Rules of Criminal Procedure in support of its request. That rule provides that a defendant need not appear at any proceeding if represented by counsel. Nothing in Rule 43, or any other rules of criminal procedure, permit or require the Court to command the relief requested by the government. Research has revealed no common law support for the government's request as well. Even if the Court were to grant the government's motion, there is no apparent way to enforce such an order. The government's motion is DENIED.

**IT IS SO ORDERED.**

**DATED: March 19, 2008.**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**